AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jason Farris | ) Case: 1:23-mj-00029 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 2/3/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Jason Farris _____,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - ) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official function;
18 U.S.C. § 1752(a)(4) - knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so;
18 U.S.C. § 111(a)(1), which makes it a crime for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any United States law enforcement officer while that officer is engaged in the performance of their official duties;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:     2/3/2023                              *Robin M. Meriweather*  Digitally signed by Robin M. Meriweather
                                                                        Date: 2023.02.03 17:23:18 -05'00'
                                                 *Issuing officer's signature*

City and state:     Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)*  2/6/2023 , and the person was arrested on *(date)*  2/8/2023
at *(city and state)*  Arlington, Texas .

Date:  2/8/23                                    _____
                                                 *Arresting officer's signature*

                                                 W Anthony Floyd  FBI Task Force Officer
                                                 *Printed name and title*